| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | LARA S. VINNARD |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant CASTRO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 06-70285 RS |
|---|---|
| Plaintiff, | ) STIPULATION, WAIVER AND |
| v. | ) [PROPOSED] ORDER CONTINUING |
|   | ) HEARING AND EXCLUDING TIME |
| HUGO NORATO CASTRO, | ) FOR INDICTMENT |
| Defendant. | ) |

The parties hereby stipulate and agree that the date currently set for preliminary hearing and/or arraignment may be continued for one week from April 19, 2007 to April 26, 2007, at 9:30 a.m. Mr. Castro further consents to extend by one week the time for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure. Undersigned defense counsel consulted with Mr. Castro on April 17, 2007, and he expressly agreed to this one week continuance and waiver of time.

The purpose of the requested continuance is to permit both parties to continue their investigations of the alleged offense and to facilitate the parties efforts to reach a resolution of the case. The parties further agree that the intervening week may be excluded from the time within which an indictment shall be filed, as the reasonable time necessary for effective defense preparation under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

STIPULATION AND [PROPOSED] ORDER
No. CR 06-70285 RS                    1

1  Dated: 4/18/07
                                    /s/
2                                   LARA S. VINNARD
                                    Assistant Federal Public Defender

3  Dated: 4/18/07
                                    /s/
4                                   THOMAS M. O'CONNELL
                                    Assistant United States Attorney

5                        [PROPOSED] ORDER

6       Good cause appearing and by stipulation of the parties, it is hereby ordered that the date
7  for preliminary hearing and/or arraignment in the above-captioned matter shall be continued from
8  April 12, 2007 to April 19, 2007 at 9:30 a.m.
9       It is further ordered that seven additional days be excluded from the time within which an
10 indictment shall be filed under the Speedy Trial Act, as the reasonable time necessary for
11 effective preparation of counsel, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
12      IT IS SO ORDERED.
13 Dated: 4/18/07
                                    /s/ Patricia V. Trumbull
14                                  PATRICIA V. TRUMBULL
                                    United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. CR 06-70285 RS                              1